# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

330 NORTH WABASH AVENUE
SUITE 2100
CHICAGO, ILLINOIS 60611
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900
www.burkelaw.com

STEPHEN R. MEINERTZHAGEN
DIRECT DIAL NUMBER
(312) 840-7047
smeinertzhagen@burkelaw.com

July 17, 2014

**VIA ECF**

Marcia M. Waldron
Office of the Clerk
United States Court of Appeals
21400 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1790

      Re:   *Lester v. Percudani*
             *Acre v. Chase Manhattan Mortgage Corp.*
             Case Numbers: 14-3265 and 14-3266
             District Case Numbers:   3:01-cv-01182 and
                                                     1:04-cv-00832

Dear Ms. Waldron:

      Along with co-counsel listed herein, I represented Defendants Chase Home Finance, LLC, successor by merger to Chase Manhattan Mortgage Corporation, and William Spaner, in the District Court proceedings from which these appeals arise. Chase Home Finance, LLC and William Spaner were voluntarily dismissed with prejudice by the District Court on October 4, 2010. The instant appeals do not involve these parties and they will not be participating in these appeals. Please remove me and my co-counsel, LeAnn Pedersen Pope, Daniel T. Brier, John A. Guernsey and Donna A. Walsh, from the ECF service list in these matters.

      I am directing this communication to you because you previously advised me to send you a similar letter in connection with an earlier appeal in these cases *Lester v. Percudani*, Case No. 13-4747. If you have any questions or concerns, please do not hesitate to contact me.

                                                           Very truly yours,

                                                             Stephen R. Meinertzhagen

SRM/sb

1714301.1